**Sherman T. Cooper, appellee, v. I. D. Zeman, appellant. Gen. No. 25,982.**

Action of forcible detainer. Judgment for plaintiff. Appeal from

the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Lighthall, Dankowski & Carlson, for appellant. Ziv, Levit & Silvertrust, for appellee.

Mr. Justice Dever delivered the opinion of the court.